# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5292**

**September Term, 2022**

**1:22-cv-02236-UNA**

**Filed On:** March 20, 2023

Mike Webb, Major, doing business as Friends
for Mike Webb, also known as Major Mike
Webb for Congress,

        Appellant

    v.

Department of the Army, et al.,

        Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Wilkins and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's October 7, 2022 order be affirmed.  Appellant has not shown that the district court abused its discretion in dismissing the complaint and case without prejudice for failure to comply with the pleading standard of Federal Rule of Civil Procedure 8(a), which requires "a short and plain statement of the of the claim showing that the pleader is entitled to relief."  Fed. R. Civ. P. 8(a); see Ciralsky v. CIA, 355 F.3d 661, 668-71 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5292**                                        **September Term, 2022**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:      /s/
Daniel J. Reidy
Deputy Clerk